

**IN THE**
**TENTH COURT OF APPEALS**

————————

**No. 10-17-00336-CV**

**IN RE JOHNATHAN WOMACK AND**
**GENA TAYLOR-WAGNER**

————————

**Original Proceeding**

## ORDER ON REHEARING

The motion for rehearing, filed on January 22, 2018, by the attorney ad litem representing the interests of Relators' minor child, is denied.

The motion for rehearing, filed on January 11, 2018, by the Texas Department of Family and Protective Services (the Department), is denied.

The Court also declines "to provide guidance as to its interpretation of the Amended Order and whether it is inclined to review said order," as requested by the Department. The Amended Order is not the subject of this original proceeding.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed February 14, 2018
Do not publish

